UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY DUNMORE,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendant(s). | No. C97-3815 MHP (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

　　TO: Defendant(s) and their attorney(s) of record:

　　On December 13, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for January 17, 2008. Your statement was due January 10, 2008. It was not received by chambers.

　　**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each

1

1 | day's delay, beginning from the date it was originally due.
2 | Dated: January 11, 2008

_____
Bernard Zimmerman
United States Magistrate Judge