| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN.44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>9th Floor Federal Building |
| 4 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 5 | Telephone: (415) 436-7017 |
| 6 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STEVEN GREGORY DUNMORE, | ) | Case No. C-97-3815-MHP |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO DISMISS<br>AND ORDER THEREON |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to settlement of this matter, it is hereby stipulated by and between Plaintiff Steven Gregory Dunmore and Defendant United States of America, through its undersigned counsel, that this matter be dismissed with prejudice, each to bear their own costs and attorneys' fees.

Feb. 22, 2008

*Steven Gregory Dunmore*
STEVEN GREGORY DUNMORE
Plaintiff, in pro se

JOSEPH P. RUSSONIELLO
United States Attorney

*T. Moore*
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/26/2008

_____
UNITED STATES

IT IS SO ORDERED
Judge Marilyn H. Patel